UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PETTUS,<br><br>                    Plaintiff,<br><br>       -against-<br><br>CATHERINE O'HAGAN WOLFE; JANE,<br>JOHN DOE,<br><br>                    Defendants. | 25cv5253 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 26, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 9, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge